UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL BING, PATERNAL GRANDMOTHER AND NEXT FRIEND TO THE MINOR CHILD SEBALI M. DIXSON, DECEASED, | ) ) ) ) | CASE NO.: |
| | ) | JUDGE: |
| | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHARDAY L. BING DIXSON, et al., | ) | |
| | ) | |
| Defendants | ) | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

1.      On October 5, 2020, Plaintiff Carol Bing, Paternal Grandmother and next friend to the minor child Sebali M. Bing Dixson, deceased commenced an action in the Mahoning County Court of Common Pleas, Ohio, bearing Case No. 20 CV 1612entitled "Carol Bing, Paternal Grandmother and next friend to the minor child Sebali M. Dixson, deceased v. Sharday L. Bing Dixson, et al.," praying judgment against Defendants.  Said action is predicated on alleged violations of Plaintiff's Fourteenth Amendment Rights.  Said action is wholly of a civil nature of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sections 1343(a)(3) and/or 1331, and is one which may be removed to this Court pursuant to the provisions of Title 28 United States Code Section 1441(a) and (b), as being a civil action involving a claim or claims over which this Court has original jurisdiction and involving a claim or right arising under the Constitution, treaties or laws of the United States, all of which more fully appears in the Plaintiff's Complaint, a copy of which is attached hereto and incorporated herein by reference.

2.	Said action also contains certain pendent state law claims over which this Court has jurisdiction under the provisions of 28 United States Code Section 1367.

3.	A copy of the Summons and Complaint in the case aforesaid was served upon Defendant, Mahoning County Children Services Board, on October 7, 2020 under and by virtue of Rule 4.3 of the Ohio Rules of Civil Procedure.

4.	Defendant attach hereto, and file herewith, a copy of the Summons and Complaint served as aforesaid, as well as copies of all other process, pleadings and orders served upon them.

5.	All Defendants join in this Notice of Removal.

WHEREFORE, Defendants pray that the case presently pending in the Mahoning County Court of Common Pleas against them be removed to this Court and proceed herein according to law.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*/s/Todd M. Raskin*
TODD M. RASKIN  (0003625)
PATRICIA C. AMBROSE RUBRIGHT  (0009435)
100 Franklin's Row
34305 Solon Road
Cleveland, Oh  44139
(440) 248-7906
(440) 248-8861 – Fax
Email: traskin@mrrlaw.com
	prubright@mrrlaw.com

*Counsel for Defendants Mahoning County Children Services Board*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, a copy of the foregoing Notice of Removal was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. A copy has been served via US Mail to the following Defendants:

Derek L. Carter, Jr.
c/o Mahoning County Justice Ctr.
D-Pod
110 Fifth Avenue
Youngstown, OH  44503

Sharday L. Bing Dixson
c/o Mahoning County Justice Ctr.
B-Pod
110 Fifth Avenue
Youngstown, OH  44503

*s/Todd M. Raskin*
TODD M. RASKIN  (0003625)

*Counsel for Defendants Mahoning County Children Services Board*

CORSA-200264/Notice of Removal